# Return

| Case No.: 7:16MJ117 | Date and time warrant executed: 10/18/16 9:30 AM | Copy of warrant and inventory left with: Attorney Chris Kowalczuk |

Inventory made in the presence of: TFO Chris Young

Inventory of the property taken and name of any person(s) seized:

No inventory was taken due to the phone not being downloaded.

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

Oct. 21, 2016

JULIA C. DUDLEY, CLERK
BY: A. Melvin
DEPUTY CLERK

Received in Chambers
by electronic mail
October 21, 2016
at 12:41 PM
Hon. Robert S. Ballou
United States Magistrate

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/18/16

_____
Executing officer's signature

Charles Sanders, SA
Printed name and title